IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 10 CR 1080 |
| v. | ) | |
| | ) | Honorable William J. Hibbler |
| **HOWARD MUI** | ) | |

## NOTICE OF MOTION

TO:  Victoria Peters (For Assignment)   Margarita Jimenez Flores
     Assistant United States Attorney   Unites States Probation Officer
     219 S. Dearborn Street, 5th Floor  55 E. Monroe Street, 15th Floor
     Chicago, IL 60604                  Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday, March 13, 2012, at 9:30 a.m., in Courtroom 1225, we shall appear before the Honorable William J Hibbler, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion:

– **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

By:  *s/ Rose Lindsay-Guimarães*

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8341