*United States District Court for the Northern District of Illinois*

Case Number: 10cr1080      Assigned/Issued By: AS

Judge Name: Hibbler      Designated Magistrate Judge: Kim

---

**FEE INFORMATION**

*Amount Due:* ☐ $400.00    ☐ $46.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☑ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 1 copies on 4/13/2016 as to _____
(Date)

Horseshoe Hammond LLC c/o Corporation Service Company (Third Party)(No Notice Filed)

---